**No. 60504.**—Hurricane Import Company and Perryman, Mojonier Company *v.* United States, protest 245669–K (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiffs was sustained.

**No. 60505.**—Roden, Inc., et al. *v.* United States, protests 224667–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60506.**—Norman G. Jensen *v.* United States, protest 60725–K (Pembina).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the lumber is similar in all material respects to that the subject of *United States* v. *F. W. Myers & Co., Inc.* (24 C. C. P. A. 156, T. D. 48640) and *F. W. Myers & Co., Inc.* v. *United States* (73 Treas. Dec. 714, T. D. 49530), the claim of the plaintiff was sustained as to all of the entries in question, except entry 911–A. The collector was directed to reliquidate the entries on the basis of the actual number of board feet of planed, tongued, and/or grooved lumber imported, as shown on the invoices and/or the entries covered by the said protests, or as may be calculated arithmetically from the information shown thereon. The protest, having been abandoned as to entry 911–A, was dismissed as to that entry.